IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KYLE OTHELLO WILSON,

                        Petitioner,

v.                                                OPINION and ORDER

WARDEN EMMERICH,                           24-cv-352-jdp

                        Respondent.

---

      Petitioner Kyle Othello Wilson, proceeding without counsel, seeks relief under 28 U.S.C. § 2241. Dkt. 1 and Dkt. 5. Wilson contends that he is entitled to sentence credit under the First Step Act that would entitle him to transfer to home confinement or a Residential Reentry Center (RRC) in September 2024 but that the BOP refuses to apply those credits, in part because it has incorrectly categorized him with a medium risk of recidivism.

      In response, the government states that after Wilson filed a supplement to his petition raising his argument about being incorrectly categorized with a medium risk of recidivism, the Bureau of Prisons recalculated his PATTERN risk assessment score. That recalculation resulted in Wilson receiving a "low" risk assessment score. His First Step Act credits were applied toward placement in an RRC in September 2024 and my review of the BOP's inmate locator shows that he was indeed moved to an RRC.[1] Wilson did not file a reply brief.

      Because the BOP has given Wilson the relief that he sought, I will deny his habeas petition as moot.

---

[1] *See* https://www.bop.gov/inmateloc/.

ORDER

IT IS ORDERED that:

1. Petitioner Kyle Othello Wilson's petition for a writ of habeas corpus under 28 U.S.C. § 2241, Dkt. 1 and Dkt. 5, is DENIED as moot.

2. The clerk of court is directed to enter judgment and close this case.

Entered October 24, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge